THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DIAMOND ALEXANDER, <br><br> Defendant. | No. CR10-010-RSL <br><br> (~~PROPOSED~~) ORDER GRANTING MOTION TO WITHDRAW MOTION TO MODIFY CONDITIONS OF SUPERVISED RELEASE |

THIS MATTER has come before the undersigned on Diamond Alexander's Motion to Withdraw Sealed Motion to Modify Conditions of Release (Dkt. 210). The Court has considered the motion and records in this case.

IT IS NOW ORDERED that the Sealed Motion to Modify Conditions of Release is withdrawn.

DATED this 22nd day of February 2019.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Christopher Sanders*
Assistant Federal Public Defender
Attorney for Diamond Alexander

ORDER TO WITHDRAW MOTION TO MODIFY
CONDITIONS OF SUPERVISED RELEASE
(*Diamond Alexander*, CR10-010-RSL) - 1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100