THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR10-010-RSL |
| Plaintiff, | |
| v. | ~~(PROPOSED)~~ ORDER GRANTING MOTION TO SEAL MOTION TO MODIFY CONDITIONS OF SUPERVISED RELEASE |
| DIAMOND ALEXANDER, | |
| Defendant. | |

THIS MATTER has come before the undersigned on the motion of Diamond Alexander to file his Motion to Modify Conditions of Release under seal. The Court has considered the motion and records in this case and finds there are compelling reasons to file the document under seal.

IT IS ORDERED that the Motion to Modify Conditions of Release be filed under seal.

DATED this 25th day of February 2019.

ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Christopher Sanders
Assistant Federal Public Defender
Attorney for Diamond Alexander

ORDER TO SEAL MOTION TO MODIFY
CONDITIONS OF SUPERVISED RELEASE
(*Diamond Alexander*, CR10-010-RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100